**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7740**

---

LOUIS STEVENSON HILDRETH,

Plaintiff - Appellant,

versus

DOCTOR DEAN; CHARLENE CHAY; NURSE JOHNSON;
NURSE STEPHSON; NURSE MANNING; NURSE LACOMBE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-99-612-5-BR)

---

Submitted: March 6, 2001                    Decided: March 19, 2001

---

Before WILKINS, WILLIAMS, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Louis Stevenson Hildreth, Appellant Pro Se.  Renee Billings Crawford, YATES, MCLAMB & WEYHER, Raleigh, North Carolina; John P. Scherer, FILE, PAYNE, SCHERER & BROWN, Beckley, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Louis Stevenson Hildreth appeals the district court's order granting summary judgment and denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hildreth v. Dean, No. CA-99-612-5-BR (E.D.N.C. Nov. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2